1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JACQUELINE D. WILLIAMS,            )   NO. CV 07-03556 SS
                                        )
12                  Plaintiff,          )
                                        )   **JUDGMENT**
13            v.                        )
                                        )
14   MICHAEL J. ASTRUE,                 )
     Commissioner of the Social         )
15   Security Administration,           )
                                        )
16                  Defendant.          )
     _____)

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19   and that the above-captioned action is REMANDED to the Commissioner for

20   further action consistent with the Court's Memorandum Decision and

21   Order.

22

23   DATED: May 22, 2008

24                                        _____
                                                SUZANNE H. SEGAL
25                                        UNITED STATES MAGISTRATE JUDGE

26

27

28

                                    9