1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
3 Santa Fe Springs, California 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-mail: rohlfing_office@msn.com
5
Attorneys for Plaintiff Jacqueline Williams
6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | | |
|---|---|---|
| 11 JACQUELINE WILLIAMS, | ) | Case No.: CV 07-3556 SS |
| 12   Plaintiff, | ) ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 13   vs. | ) ) ) | ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| 14 MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| 15   Defendant. | ) ) | |
| 16 | ) | |

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

19 Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

20 the amount of four thousand dollars and zero cents ($4,000.00), as authorized by

21 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

22 DATE:  8/8/08

/S/
23 _____
THE HONORABLE SUZANNE H. SEGAL
24 UNITED STATES MAGISTRATE JUDGE

25

26